UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT,

      Plaintiff,

-vs-

IRON STREET PROPERTIES, LLC,
d/b/a RIVER PARK LOFTS,
BOYDELL DEVELOPMENT, INC.
And DENNIS KEFALLINOS,

      Defendants.

Case No: 16-12140

Hon. John Corbett O'Meara

_____

| STEPHEN A. THOMAS (P43260) | BEN M. GONEK (43716) |
| Attorney for Plaintiff | Attorney for Defendants |
| 645 Griswold Street, Suite 1360 | 500 Griswold Street, Suite 2450 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 965-2265 | (313) 963-3377 |

_____

## DEFENDANTS IRON STREET PROPERTIES, LLC d/b/a RIVER PARK LOFTS, BOYDELL DEVELOPMENT, INC. AND DENNIS KEFALLINOS' OFFER OF JUDGMENT

    Defendants IRON STREET PROPERTIES, LLC d/b/a RIVER PARK LOFTS, BOYDELL DEVELOPMENT, INC. and DENNIS KEFALLINOS, by and through their attorney, BEN M. GONEK, make an Offer of Judgment to Plaintiff pursuant to FRCP 68 in the amount of Five Thousand and 00/00 ($5,000.00) Dollars, inclusive of attorneys' fees and costs.

        Respectfully submitted,

         */s/ Ben M. Gonek*
        BEN M. GONEK (P43716)
        Attorney for Defendants
        500 Griswold Street, Suite 2450
        Detroit, MI  48226
        (313) 963-3377

Dated:  January 23, 2017

## **CERTIFICATE OF SERVICE**

    Ben M. Gonek hereby states that on the 23rd day of January 2017, he caused the foregoing Offer of Judgment to be filed electronically with the United States District Court and that copies of same were forwarded to all counsel of record using the ecf system.

         */s/ Ben M. Gonek*
        BEN M. GONEK (P43716)