# Exhibit 3

# In The Matter Of:
*Fair Housing Center of Metropolitan Detroit vs.*
*Iron Street Properties, LLC, et al.*

*Statement on the Record*
*January 26, 2017*



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

**Bingham Farms/Southfield • Grand Rapids**
Detroit • Ann Arbor • Flint • Lansing • Jackson • Mt. Clemens • Saginaw • Troy

*Original File STATEMENT ON THE RECORD.txt*
Min-U-Script® with Word Index

Fair Housing Center of Metropolitan Detroit vs.  
Iron Street Properties, LLC, et al.

Statement on the Record  
January 26, 2017

Page 1

```
 1        IN THE DISTRICT COURT OF THE UNITED STATES
 2            FOR THE EASTERN DISTRICT OF MICHIGAN
 3                       SOUTHERN DIVISION
 4
 5   FAIR HOUSING CENTER OF
 6   METROPOLITAN DETROIT,
 7                  Plaintiff,
 8        vs.           Case No. 5:16-cv-12140-JCO-MKM
 9   IRON STREET PROPERTIES, LLC,
10   d/b/a RIVER PARK LOFTS,
11   BOYDELL DEVELOPMENT, INC.
12   and DENNIS KEFALLINOS,
13                  Defendants.
14   _____
15
16        The Statement on the Record
17        in the above-captioned case,
18        Taken at 645 Griswold Avenue, Suite 1360,
19        Detroit, Michigan,
20        Commencing at 9:15 a.m.,
21        Thursday, January 26, 2017,
22        Before Kathryn L. Janes, CSR-3442, RMR, RPR.
23
24
25
```

Page 2

```
 1   APPEARANCES:
 2
 3   STEPHEN A. THOMAS
 4   Stephen A. Thomas, PLC
 5   645 Griswold Street
 6   Suite 1360
 7   Detroit, Michigan 48226
 8   313.965.2265
 9   sthomas@313965bank.com
10        Appearing on behalf of the Plaintiff.
11
12   ALSO PRESENT:
13   Michael Olshan, J.D.
```

Page 3

1 oit, Michigan
2 sday, January 26, 2017
3 a.m.
4
5     MR. THOMAS: Today is January 26, 2017. It
6 is currently 9:15 in the morning. I'm Attorney
7 Stephen Thomas. I'm counsel for plaintiff in the
8 matter of the Fair Housing Center of Metropolitan
9 Detroit, plaintiff, versus Iron Street Properties, et
10 al., defendants. Case Number 16-12140 in the U.S.
11 District Court for the Eastern District of Michigan,
12 Southern Division, Detroit.
13     The day is the date and time scheduled for
14 two depositions, one scheduled for 9:00 a.m. and the
15 other is scheduled for 2:00 p.m. The first one is the
16 deponent is a Dennis Kefallinos. I'll spell it,
17 K-E-F-A-L-L-I-N-O-S, and the second is Liz Telegadas,
18 I'll spell it, T-E-L-E-G-A-D-A-S.
19     Yesterday evening I got a phone call from
20 Ben Gonek. Mr. Gonek represents all the defendants in
21 this matter, and he indicated that the two deponents
22 would not appear today. He indicated that he would be
23 filing a protective -- a motion for protective order
24 to cancel or excuse their depositions today.
25     I checked the court docket, there has been

Page 4

1 no motion filed in this matter. He indicated that he
2 wanted to combine the Hardy case, that's Hardy versus
3 the same defendants, Iron Street Properties, et al.,
4 and that's Case Number 16-10693. There's no
5 protective order excusing the appearance of the two
6 deponents today, and there's no reason why Mr. Gonek
7 and his client and the other employee should not be
8 here today.
9     I would like to close the record.
10     One more thing I want to put on the record,
11 we will be filing a motion to compel their attendance,
12 thank you.
13     (Statement concluded at 9:17 a.m.)

Page 5

```
 1                CERTIFICATE OF REPORTER
 2
 3 E OF MICHIGAN        )
 4                      ) SS
 5 TY OF WAYNE          )
 6
 7              I hereby certify that I reported
 8 stenographically the foregoing proceedings and
 9 testimony under oath at the time and place
10 hereinbefore set forth; that thereafter the same was
11 reduced to computer transcription under my
12 supervision; and that this is a full, true, complete
13 and correct transcription of said proceedings.
14
15
16
17
18
19        [signature: Kathryn L. Janes]
20
21        _____
22             Kathryn L. Janes, CSR-3442, RPR.
23                  Notary Public
24               Wayne County, Michigan
25 My commission expires:  October 22, 2022
```

Fair Housing Center of Metropolitan Detroit vs.
Iron Street Properties, LLC, et al.

Statement on the Record
January 26, 2017

### A

al (2)
　3:10;4:3
appear (1)
　3:22
appearance (1)
　4:5
attendance (1)
　4:11
Attorney (1)
　3:6

### B

Ben (1)
　3:20

### C

call (1)
　3:19
cancel (1)
　3:24
Case (3)
　3:10;4:2,4
Center (1)
　3:8
checked (1)
　3:25
client (1)
　4:7
close (1)
　4:9
combine (1)
　4:2
compel (1)
　4:11
concluded (1)
　4:13
counsel (1)
　3:7
Court (2)
　3:11,25
currently (1)
　3:6

### D

date (1)
　3:13
day (1)
　3:13
defendants (3)
　3:10,20;4:3
Dennis (1)
　3:16
deponent (1)
　3:16
deponents (2)
　3:21;4:6
depositions (2)
　3:14,24
Detroit (2)
　3:9,12
District (2)
　3:11,11
Division (1)
　3:12
docket (1)
　3:25

### E

Eastern (1)
　3:11
employee (1)
　4:7
et (2)
　3:9;4:3
evening (1)
　3:19
excuse (1)
　3:24
excusing (1)
　4:5

### F

Fair (1)
　3:8
filed (1)
　4:1
filing (2)
　3:23;4:11
first (1)
　3:15

### G

Gonek (3)
　3:20,20;4:6

### H

Hardy (2)
　4:2,2
Housing (1)
　3:8

### I

indicated (3)
　3:21,22;4:1
Iron (2)
　3:9;4:3

### J

January (2)
　3:2,5

### K

Kefallinos (1)
　3:16
K-E-F-A-L-L-I-N-O-S (1)
　3:17

### L

Liz (1)
　3:17

### M

matter (3)
　3:8,21;4:1
Metropolitan (1)
　3:8
Michigan (2)
　3:1,11
more (1)
　4:10
morning (1)
　3:6
motion (3)
　3:23;4:1,11

### N

Number (2)
　3:10;4:4

### O

oit (1)
　3:1
one (3)
　3:14,15;4:10
order (2)
　3:23;4:5

### P

phone (1)
　3:19
plaintiff (2)
　3:7,9
pm (1)
　3:15
Properties (2)
　3:9;4:3
protective (3)
　3:23,23;4:5
put (1)
　4:10

### R

reason (1)
　4:6
record (2)
　4:9,10
represents (1)
　3:20

### S

same (1)
　4:3
scheduled (3)
　3:13,14,15
sday (1)
　3:2
second (1)
　3:17
Southern (1)
　3:12
spell (2)
　3:16,18
Statement (1)
　4:13
Stephen (1)
　3:7
Street (2)
　3:9;4:3

### T

Telegadas (1)
　3:17
T-E-L-E-G-A-D-A-S (1)
　3:18
THOMAS (2)
　3:5,7
Today (5)
　3:5,22,24;4:6,8
two (3)
　3:14,21;4:5

### V

versus (2)
　3:9;4:2

### Y

Yesterday (1)
　3:19

### 1

16-10693 (1)
　4:4
16-12140 (1)
　3:10

### 2

2:00 (1)
　3:15
2017 (2)
　3:2,5
26 (2)
　3:2,5

### 9

9:00 (1)
　3:14
9:15 (1)
　3:6
9:17 (1)
　4:13

 

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 170126KLJ
Job Date: 01/26/2017
Order Date: 01/26/2017
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 620248
Inv.Date: 01/27/2017
Balance: $105.00

Bill To:
Mr. Stephen A. Thomas
Stephen A. Thomas PLC
645 Griswold St.
Suite 1360
Detroit, MI 48226-4105

Action: **Fair Housing Center**
vs
**Iron Street Properties**
Action #:
Rep: KLJ
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Statement on the Record | Time and Transcript / E-mail only | Item | 1.00 | $105.00 |

Comments:

Offices in: Bingham Farms/Southfield I Grand Rapids I Ann Arbor I Detroit I Flint I Jackson I Lansing I Mt. Clemens I Saginaw I Troy

Federal Tax I.D.: 76-0523238

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Sub Total: $105.00
Shipping: $0.00
Tax: N/A
**Total Invoice**: $105.00
Payment: $0.00
**Balance Due**: $105.00

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Stephen A. Thomas
Stephen A. Thomas PLC
645 Griswold St.
Suite 1360
Detroit, MI 48226-4105

Deliver To:
Mr. Stephen A. Thomas
Stephen A. Thomas PLC
645 Griswold St.
Suite 1360
Detroit, MI 48226-4105

# Invoice

Invoice #: 620248
Inv.Date: 01/27/2017
Balance: $105.00
Job #: 170126KLJ
Job Date: 01/26/2017
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

 

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com