UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
5:16-cv-12140-JCO-MKM

| | |
|---|---|
| FAIR HOUSING CENTER OF METROPOLITAN DETROIT and DAR'SHA L. HARDY,<br><br>Plaintiff,<br><br>v.<br><br>IRON STREET PROPERTIES, LLC, d/b/a RIVER PARK LOFTS, BOYDELL DEVELOPMENT, INC and DENNIS KEFALLINOS,<br><br>Defendants. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COMES NOW, Plaintiffs Fair Housing Center of Metropolitan Detroit and Dar'Sha L. Hardy by and through their undersigned counsel of record, and hereby respond to Defendants' Motion For Partial Summary Judgment, and states the following:

1. That Plaintiffs will dismiss their racial discrimination claims only.

2. That Plaintiffs' Familial Status claims shall continue and not be dismissed.

3. That the parties will enter into a Stipulation to dismissing Plaintiffs' racial discrimination claims.

Respectfully submitted,

Dated: August 7, 2017

/s/ Stephen A. Thomas
STEPHEN A. THOMAS P43260
Attorney for Plaintiffs
645 Griswold St., Suite 1360
Detroit, Michigan 48226
313-965-2265
Sthomas@313965bank.com

Certificate of Service

I, Stephen A. Thomas, hereby state that on August 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

Dated: August 7, 2017

/s/ Stephen A. Thomas
STEPHEN A. THOMAS P43260
Attorney for Plaintiff