**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT and
DAR'SHA L. HARDY,

        Plaintiffs,                        Case No. 5:16-cv-12140-JCO-MKM

v.                                       Honorable John Corbett O'Meara
                                              United States District Judge

                                              Magistrate Judge Mona K. Majzoub

IRON STREET PROPERTIES, LLC, et al.

        Defendants,

---

**STIPULATION TO ENTRY OF ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

        The Plaintiffs, Fair Housing Center of Metropolitan Detroit and Dar'sha Hardy, through their attorney Stephen A. Thomas, and the Defendants, Iron Street Properties, L.L.C, d/b/a River Park Lofts, Boydell Development, Inc, and Dennis Kefallinos, through their attorney Joseph A. Ahern, hereby stipulate to entry of an Order Granting Defendants' Motion for Partial Summary Judgment, the Defendants' having previously filed a Motion for Partial Summary Judgment (Docket #32) requesting the dismissal of the Plaintiffs' claims based in racial discrimination, and the Plaintiffs having agreed to the dismissal of the racial discrimination claims only, the parties request entry of the Order submitted concurrently herewith.

STIPULATED AND AGREED TO:

/s/ Stephen A. Thomas
Stephen A. Thomas (P43260)
Attorney for Plaintiffs
645 Griswold St., Ste. 1360
Detroit, MI 48226
(313) 965-2265
sthomas@313965Bank.com

/s/ Joseph A. Ahern
Joseph A. Ahern (P38710)
Daniel C. DiCicco (P71299)
Co-Counsel for Defendants
430 N. Old Woodward, Second Floor
(248) 723-6101
jahern@ahernkill.com

Dated: August 10, 2017

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT and
DAR'SHA L. HARDY,

       Plaintiffs,                    Case No. 5:16-cv-12140-JCO-MKM

v.                                  Honorable John Corbett O'Meara
                                      United States District Judge

                                      Magistrate Judge Mona K. Majzoub

IRON STREET PROPERTIES, LLC, et al.

       Defendants,

**ORDER GRANTING DEFENDANTS' MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

The Plaintiffs, Fair Housing Center of Metropolitan Detroit and Dar'sha Hardy, through their attorney Stephen A. Thomas, and the Defendants, Iron Street Properties, L.L.C, d/b/a River Park Lofts, Boydell Development, Inc., and Dennis Kefallinos, through their attorney Joseph A. Ahern, having filed their Stipulated Order Granting Defendants' Motion for Partial Summary Judgment, and the Court being duly advised in this premises;

**IT IS HEREBY ORDERED** that Count II of Plaintiff Fair Housing Center of Metropolitan Detroit ("FHCMD") Complaint alleging violations of 42 U.S.C. § 1982 is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Count I of Plaintiff FHCMD's Complaint, and Count I of Plaintiff Dar'sha Hardy's Complaint, both alleging violations of the Fair Housing Amendments Act of 1988, with respect to Plaintiffs' claims of racial discrimination only, are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE