UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT, and
DAR'SHA L. HARDY,

          Plaintiffs,

  -v-                    C/A No. 5:16-cv-12140-JCO-MKM
                            Hon. John Corbett O'Meara
                  Magistrate Judge Mona K. Majzoub

IRON STREET PROPERTIES, LLC.,
d/b/a RIVER PARK LOFTS,
BOYDELL DEVELOPMENT, INC., and
DENNIS KEFALLINOS,

          Defendants.
_____/

# SUBSTITUTION OF ATTORNEY

   NOW COMES CHUI KAREGA (P27059) and enters his substitution as

Attorney for Plaintiff, Fair Housing Center of Metropolitan

Detroit, only in the place and stead of in the referenced

matter.


                    LAW OFFICES OF CHUI KAREGA

                      /s/   Chui   Karega
                    BY: CHUI KAREGA  (P27059)
                    Attorney for Plaintiff
                    19771 James Couzens Highway
Dated: October 31,  2017 Detroit, Michigan 48235-1937
                    ck27059@msn.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FAIR HOUSING CENTER OF
METROPOLITAN DETROIT, and
DAR'SHA L. HARDY,

                Plaintiffs,

    -v-                           C/A No. 5:16-cv-12140-JCO-MKM
                               Hon. John Corbett O'Meara
                   Magistrate Judge Mona K. Majzoub

IRON STREET PROPERTIES, LLC.,
d/b/a RIVER PARK LOFTS,
BOYDELL DEVELOPMENT, INC., and
DENNIS KEFALLINOS,

                Defendants.
_____/

# CONSENT TO SUBSTITUTION OF ATTORNEY

    PLEASE TAKE NOTICE the undersigned consent to the withdrawal

of Attorney CHUI KAREGA (P27059) on behalf of Fair Housing

Center of Metropolitan Detroit, only in the referenced matter.



    October 31, 2017             /s/   Stephen A. Thomas
      Date                 Stephen A. Thomas (P43260)
                        Attorney for Dar'Sha L. Hardy
                        645 Griswold Street
                        Suite 1360
                        Detroit, Michigan 48226
                        (313) 965-2265
                        sthomas@313965Bank.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT, and
DAR'SHA L. HARDY,

           Plaintiffs,

  -v-                             C/A No. 5:16-cv-12140-JCO-MKM
                                 Hon. John Corbett O'Meara
IRON STREET PROPERTIES, LLC.,      Magistrate Judge Mona K. Majzoub
d/b/a RIVER PARK LOFTS,
BOYDELL DEVELOPMENT, INC., and
DENNIS KEFALLINOS,

           Defendants.
_____/

## ORDER APPROVING
## SUBSTITUTION OF ATTORNEY FOR
## FAIR HOUSING CENTER OF
## METROPOLITAN DETROIT ONLY

     Upon stipulation, IT IS HEREBY ORDERED Chui Karega (P27059)

shall be substituted as Attorney for Plaintiff Fair Housing

Center of Metropolitan Detroit only in the referenced matter.


Date: November 1, 2017        s/John Corbett O'Meara
                             United States District Judge