UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT and
DAR'SHA L. HARDY,

       Plaintiffs,                       Case No. 5:16-cv-12140-JCO-MKM

v.                                     Hon. John Corbett O'Meara

IRON STREET PROPERTIES, LLC, et al.

       Defendants,

_____/

| | |
|---|---|
| Stephen A. Thomas (P43260) | Ben M. Gonek (P43716) |
| Attorney for Plaintiff | Law Offices of Ben M. Gonek, PLLC |
| 645 Griswold St., Ste. 1360 | Attorney for Defendants |
| Detroit, MI 48226 | 500 Griswold Street, Ste. 3500 |
| (313) 965-2265 | Detroit, MI 48226 |
| sthomas@313965Bank.com | (313) 962-4559 |
| | |
| | Joseph A. Ahern (P38710) |
| | Daniel C. DiCicco (P71299) |
| | AHERN KILL P.C. |
| | Co-Counsel for Defendants |
| | 430 N. Old Woodward, Second Floor |
| | Birmingham, MI 48009 |
| | (248) 723-6101 |

**APPEARANCE OF DANIEL C. DICICCO**

      PLEASE TAKE NOTICE that Daniel C. DiCicco of the law firm of Ahern & Kill, PC, hereby enters his appearance as co-counsel of record for Iron Street Properties, LLC, et al. and consents to electronic services of all papers in this action. The undersigned certifies that he is admitted to practice in this Court.

1

        Respectfully Submitted,

        AHERN & KILL, P.C.

        /s/ Daniel C. DiCicco
        JOSEPH A. AHERN (P38710)
        DANIEL C. DICICCO (P71299
        Ahern & Kill, PC
        430 N. Old Woodward, Second Floor
        Birmingham, MI 48009
        (248) 723-6101
        ddicicco@ahernkill.com

## CERTIFICATE OF SERVICE

 I hereby certify that on January 23, 2018, I electronically filed ***APPEARANCE OF DANIEL C. DICICCO*** and ***CERTIFICATE OF SERVICE*** with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record. I certify under penalty of perjury that the foregoing is true and correct.

        /s/Daniel C. DiCicco
        Daniel C. DiCicco