MIE 800 Generic Notice of Hearing (Rev. 3/98)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Fair Housing Center of Metropolitan Detroit, et al.,

    Plaintiffs,

v.

Iron Street Properties, LLC, et al.,

    Defendants.          /

Case Number: 16-12140

District Judge George Caram Steeh

Magistrate Judge Mona K. Majzoub

**AMENDED NOTICE AND ORDER TO APPEAR FOR SETTLEMENT CONFERENCE**

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge for the above proceeding on:

| DATE | TIME | ROOM |
|---|---|---|
| October 22, 2018 | 9:30 am | Theodore Levin U.S. Courthouse<br>231 W. Lafayette, Room 642<br>Detroit, Michigan 48226 |

**\*Counsel, the parties and decision makers with full settlement authority are ordered to appear in person. Any party and/or any party's representative with ultimate settlement authority who fails to attend in person will be held in <u>contempt</u> of this court.**

Dated: August 27, 2018

s/ Mona K. Majzoub
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this Notice was served upon the parties and/or counsel of record on this date by electronic and/or first class mail.

s/ Leanne Hosking
Case Manager
313-234-5206 desk,  313-234-5495 (Fax)