**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

FAIR HOUSING CENTER OF METROPOLITAN
DETROIT and DAR'SHA L. Hardy,

        Plaintiffs,

IRON STREET PROPERTIES, LLC,
d/b/a RIVER PARK LOFTS, BOYDELL
DEVELOOPMENT, INC. and DENNIS
KEFALLINOS,

        Defendants.        Case No. 2:16-cv-12140-GCS-MKM
                                    HON.  George Caram Steeh

_____/

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      I hereby enter my appearance as counsel in this case for Attorney Stephen A.

Thomas, Esq., in his pending Attorney Fee Dispute.

Date: 11/20/2018_____

                                              /s/ Paul Andrew Kettunen_____
                                             Paul Andrew Kettunen (P41807)
                                             Great Lakes Law Practice, PLLC
                                             645 Griswold St.
                                             Suite 1300
                                             Detroit, MI  48226
                                             248-739-1762
                                             313-556-2194 (fax)
                                             kettunen@greatlakeslaw.us